# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED** 2004 DEC 14 P 1:41
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| PATRICIA VARGAS, et al. | * |
| | * |
| v. | * CIVIL ACTION NO. |
| | * 3:04 cv 01346 (CFD) |
| GENERAL ELECTRIC COMPANY, | * |
| ET AL. | * DECEMBER 14, 2004 |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiffs, by and through undersigned counsel, file and serve this notice of voluntary dismissal, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(i).

*Approved and so ordered.*

THE PLAINTIFFS,

By _/s/ Joel T. Faxon_
JOEL T. FAXON    CT 16255
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
TELEPHONE NO. 203-624-9500
FAX NO. 203-624-9100
jfaxon@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing was served by first class mail, on this date to:

John Kane, Esq.
Robinson & Cole, LLP
695 East Main Street
PO Box 10305
Stamford, CT 06904

_/s/ Joel T. Faxon_
Joel T. Faxon